No. 88–7518.  BROWN *v.* THOMAS, SUPERINTENDENT, GEORGIA STATE PRISON, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–7519.  ALSTON *v.* GLUCH, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 88–7521.  THOMAS *v.* MOORE, SHERIFF, PONTOTOC COUNTY, MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–7522.  ERICKSON *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 88–7523.  FLOYD *v.* OHIO.  Ct. App. Ohio, Butler County. Certiorari denied.

No. 88–7524.  COVOS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 88–7525.  BLANTON *v.* UNITED STATES; and
No. 88–7536.  BROADWELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 870 F. 2d 594.

No. 88–7526.  MEYERS *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–7527.  RASHEED *v.* BENDER, SUPERINTENDENT, NORTH CENTRAL CORRECTIONAL INSTITUTION.  C. A. 1st Cir. Certiorari denied.

No. 88–7528.  MACEO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 88–7529.  BRUNO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–7531.  JOHNS *v.* O'BRIEN, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE VIRGIN ISLANDS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–7532.  CROWE *v.* THOMPSON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 88–7534.  RANKIN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.